**Order filed November 6, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00684-CR
_____

### CHRISTOPHER ANTHONY SANCHEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CR1078**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #1.**

The clerk of the 405TH District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #1, on or before **November 12, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #1, to the clerk of the 405TH District Court.

PER CURIAM